DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SCOTT R. HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-513 DFL |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SCOTT R. HUDSON, ) | Date: March 1, 2007<br>Time: 10:00 a.m. |
| Defendant. ) | Judge: David F. Levi |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Philip Ferrari, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of February 15, 2007, be vacated and a status conference hearing date of March 1, 2007, at 10:00 a.m. be set.

This continuance is requested because counsel for defendant is reviewing the recently-received psychiatric evaluation of defendant and has filed a Motion for Determination of Competency.

It is further stipulated that the period from February 15, 2007, through and including March 1, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 | Respectfully submitted,

3 | Dated: February 16, 2007

4 | DANIEL J. BRODERICK
    Federal Defender

5 | /s/ Mary M. French

6 | _____
    MARY M. FRENCH
7 | Supervising Assistant
    Federal Defender
8 | Attorney for Defendant
    SCOTT R. HUDSON

10 | Dated: February 16, 2007   MCGREGOR W. SCOTT
11 | United States Attorney

13 | /s/ Mary M. French for
     _____
     PHILIP FERRARI
14 | Assistant U.S. Attorney
     per telephonic authorization

16 | **ORDER**

18 | **IT IS SO ORDERED**.

19 | Dated: 02/16/2007

20 | /s/ David F. Levi
     _____
     DAVID F. LEVI
     Senior United States District Judge

Stipulation & Order/Hudson    2