DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SCOTT ROBERTS HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-06-513 WBS |
| | ) | |
| Plaintiff, | ) | **ORDER COMMITTING DEFENDANT TO** |
| | ) | **CUSTODY OF ATTORNEY GENERAL** |
| v. | ) | |
| | ) | |
| SCOTT ROBERTS HUDSON, | ) | Date:  March 5, 2007 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

    On February 15, 2007, the defendant, through counsel, filed a motion under 18 U.S.C. § 4241(a) for a hearing to determine defendant's competency to stand trial.  Filed on the same day was a sealed psychiatric report concluding that Mr. Hudson is presently incompetent to stand trial.

    Accordingly, the Court finds by a preponderance of the evidence that Mr. Hudson is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him

1 or to assist properly in his defense.

2 **It is hereby ordered** pursuant to 18 U.S.C. §4241(d)(1), that Mr. Hudson shall be delivered to the custody of the Attorney General for a period not to exceed four months to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.  It is further ordered that Mr. Hudson be transported forthwith to whatever medical center is designated by the Bureau of Prisons for the purpose of being examined there by appropriate physicians and others to determine his mental competency.  The examining physicians and/or psychologists are authorized to access all of Mr. Hudson's pertinent medical and collateral information, including psychiatric and medical records.  This order authorizes transporting Mr. Hudson forthwith to any federal psychiatric institution designated by the Bureau of Prisons for the examinations.

**It is further ordered** that a Status Conference is hereby set for Monday, July 2, 2007, at 8:30 a.m.  If Mr. Hudson is returned earlier than anticipated from the designated medical center, a further Status Conference will be set upon his return.  Time is hereby excluded through and including July 2, 2007, or until such earlier Status Conference date as set forth above, under 18 U.S.C. §3161(h)(1)(A).

IT IS SO ORDERED.

DATED:  March 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order Committing
Defendant to Custody
of Attorney General             -2-