1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SCOTT R. HUDSON
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    ) No. CR-S-06-513 WBS
                                )
13            Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                ) CONTINUING STATUS CONFERENCE
14      v.                      )
                                )
15 SCOTT R. HUDSON,             ) Date:  September 24, 2007
                                ) Time:  8:30 a.m.
16            Defendant.        ) Judge: William B. Shubb
   _____)

17

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Philip Ferrari, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of July 2, 2007, be vacated and a status conference

22 hearing date of September 24, 2007, at 8:30 a.m. be set.

23      This continuance is requested because defendant is currently being

24 evaluated at the Federal Medical Center at Butner, North Carolina, and

25 the evaluation is not expected to be complete until August 6, 2007,

26 with the final report to the court within 14 days of the date the

27 evaluation is complete.  Also, counsel for defendant will be

28 unavailable until after August 28, 2007, and counsel for plaintiff will

1  be unavailable until after September 17, 2007.
2       It is further stipulated that the period from July 2, 2007,
3  through and including September 24, 2007, should be excluded pursuant
4  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
5  of counsel and defense preparation.

                                        Respectfully submitted,
7  Dated: June 28, 2007
8                                       DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        SCOTT R. HUDSON


Dated: June 28, 2007                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Mary M. French for
                                        _____
                                        PHILIP FERRARI
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                  **ORDER**

**IT IS SO ORDERED.**

Dated:  June 29, 2007

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

Stipulation & Order/Hudson              2