```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    SCOTT R. HUDSON
 7
 8
 9                  IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. CR-S-06-513 WBS
                                 )
13              Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
14      v.                       )
                                 )
15  SCOTT R. HUDSON,             ) Date:  May 12, 2008
                                 ) Time:  8:30 a.m.
16              Defendant.       ) Judge: William B. Shubb
    _____)
17
```

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Philip Ferrari, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of February 4, 2008, be vacated and a status conference

22 hearing date of May 12, 2008, at 8:30 a.m. be set.

23      This continuance is requested because defendant is currently being

24 evaluated for competency at the Federal Medical Center at Butner, North

25 Carolina.  The evaluation is to be completed by April 24, 2008, and the

26 report by BOP is due by May 8, 2008.

27      It is further stipulated that the period from February 4, 2008,

28 through and including May 12, 2008, should be excluded pursuant to 18

U.S.C. §3161(h)(1)(A) and Local Code A based upon exclusion of time for exam or hearing for mental or physical incapacity.

Respectfully submitted,

Dated: January 31, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French

MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
SCOTT R. HUDSON

Dated: January 31, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for

PHILIP FERRARI
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: February 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE