```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SCOTT R. HUDSON
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-06-513 WBS
                                 )
13             Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
14      v.                       )
                                 )
15  SCOTT R. HUDSON,             ) Date:  June 9, 2008
                                 ) Time:  8:30 a.m.
16             Defendant.        ) Judge: William B. Shubb
    _____ )
17
```

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Philip Ferrari, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of May 12, 2008, be vacated and a status conference

22 hearing date of June 9, 2008, at 8:30 a.m. be set.

23      This continuance is requested because defendant is still being

24 evaluated for competency at the Federal Medical Center at Butner, North

25 Carolina.  The evaluation was to be completed by April 24, 2008, with

26 the report by BOP due by May 8, 2008; however, nothing has been

27 received and Mr. Hudson is still at Butner, North Carolina.

28      It is further stipulated that the period from May 12, 2008,

1  through and including June 9, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(1)(A) and Local Code A based upon exclusion of time
3  for exam or hearing for mental or physical incapacity.

4                                         Respectfully submitted,
5  Dated: May 9, 2008
6                                         DANIEL J. BRODERICK
                                           Federal Defender
7
                                           /s/ Mary M. French
8                                          _____
                                           MARY M. FRENCH
9                                          Supervising Assistant
                                           Federal Defender
10                                         Attorney for Defendant
                                           SCOTT R. HUDSON
11

12
   Dated: May 9, 2008                      MCGREGOR W. SCOTT
13                                         United States Attorney

14
                                           /s/ Mary M. French for
15                                         _____
                                           PHILIP FERRARI
16                                         Assistant U.S. Attorney
                                           per telephonic authorization
17

18                                  **ORDER**

19
   **IT IS SO ORDERED.**
20
21 Dated:  May 12, 2008

22                          _____
                            WILLIAM B. SHUBB
23                          UNITED STATES DISTRICT JUDGE

24
25
26
27
28

Stipulation & Order/Hudson            2