```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SCOTT R. HUDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-513 WBS |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| SCOTT R. HUDSON, ) | Date: July 7, 2008 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Judge: William B. Shubb |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Philip Ferrari, Assistant United States Attorney, attorney for the plaintiff, that the status conference hearing date of July 7, 2008, be vacated and a status conference hearing date of July 14, 2008, at 8:30 a.m. be set.

The reason for this continuance is the parties are working on alternatives that would result in a resolution of the case but need more time to complete those discussions.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 14, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

                                          Respectfully submitted,

Dated: July 3, 2008

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          SCOTT R. HUDSON

Dated: July 3, 2008                    MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          _____
                                          PHILIP FERRARI
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                                                **ORDER**

**IT IS SO ORDERED.**

Dated:  July 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE