UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SCOTT R. HUDSON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR S-06-0513-01 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Scott R. Hudson** Case <u>CR S-06-0513-01 WBS</u> from custody for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    ___   Unsecured bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    **X**   (Other)  **Indictment dismissed**

Issued at <u>Sacramento, CA</u> on <u>August 25, 2008</u> at <u>8:40 a.m.</u>

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing